**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAIRE GERARD, MELODY NORTHROP, JESSICA MORALES, BERENISA CORTES PALOMINOS, DYLAN THOMAS, and FRANCES HANDCOCK, individuals, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN PAUL MITCHELL SYSTEMS, a California Corporation; VON CURTIS, INC., a Utah corporation; P.M. ADVANCED EDUCATION INC., a California corporation; PAUL MITCHELL ADVANCED EDUCATION LLC, a Delaware limited liability company; PMNV LAS VEGAS, LLC, a Delaware limited liability company; PMCA BAKERSFIELD, LLC, a Delaware limited liability company; PMHBW LLC, a Delaware limited liability company; P2W LEARNING SYSTEMS, LLC, a Delaware limited liability company; PAUL MANTEA, an individual; D'ANN EVANS, an individual; ANN MARIE SAFADI, an individual; WINN CLAYBAUGH, an individual; and JOHN PAUL DEJORIA collectively dba "PAUL MITCHELL THE SCHOOL,"<br><br>Defendants. | Case No. 2:14-cv-04999-DSF (SHx)<br><br>Consolidated Case<br>No. 2:14-cv-06540-DSF (SHx)<br><br>**ORDER ON JOINT STIPULATION AND PROTECTIVE ORDER**<br><br>Consolidated Complaint Filed:<br>September 29, 2014<br><br>Judge:    Hon. Dale S. Fischer<br>Trial Date: February 9, 2016 |

The Court, having considered the Joint Stipulation and Protective Order, hereby orders that the proposed protective order stipulated to by the parties is granted as the Protective Order in this case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 08, 2015

_____
Hon. Stephen J. Hillman
United States Magistrate Judge