**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAIRE GERARD, MELODY NORTHROP, JESSICA MORALES, BERENISA CORTES PALOMINOS, DYLAN THOMAS, and FRANCES HANDCOCK, individuals, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN PAUL MITCHELL SYSTEMS, a California Corporation; VON CURTIS, INC., a Utah corporation; P.M. ADVANCED EDUCATION INC., a California corporation; PAUL MITCHELL ADVANCED EDUCATION LLC, a Delaware limited liability company; PMNV LAS VEGAS, LLC, a Delaware limited liability company; PMCA BAKERSFIELD, LLC, a Delaware limited liability company; PMHBW LLC, a Delaware limited liability company; P2W LEARNING SYSTEMS, LLC, a Delaware limited liability company; PAUL MANTEA, an individual; D'ANN EVANS, an individual; ANN MARIE SAFADI, an individual; WINN CLAYBAUGH, an individual; and JOHN PAUL DEJORIA collectively dba "PAUL MITCHELL THE SCHOOL,"<br><br>Defendants.       / | Case No. 2:14-cv-04999-DSF (JCx)<br><br>Consolidated Case<br>No. 2:14-cv-06540-DSF (SHx)<br><br>**ORDER ON JOINT STIPULATION REGARDING DISCOVERY**<br><br><br>Consolidated Complaint Filed:<br>September 29, 2014<br><br><br>Judge:     Hon. Dale S. Fischer<br>Trial Date: November 1, 2016 |

Upon consideration of the Joint Stipulation Regarding Discovery between Plaintiffs and Defendants and good cause shown IT IS HEREBY ORDERED as follows:

Consistent with Defendants' obligations under the Family Education Rights and Privacy Act, 20 U.S.C. § 1232g, et seq. ("FERPA") and to protect Defendants' non-party former students' FERPA and privacy rights, prior to disclosure of certain personally identifiable and/or personal information of non-party, putative class member students including their name, phone number, mailing address, email addresses, dates attended at Paul Mitchell The School, and the name of the School attended, which has been requested by Plaintiffs from Defendants in this action, the affected non-party students shall be provided with reasonable advance notice and an opportunity to object to the disclosure of the information as set forth below:

(a) Defendants shall mail the Opt-out Notice attached to the Joint Stipulation Regarding Discovery to the affected non-party students by no later than 10 days after the date this Order is entered. For purposes of this Order, "affected students" refers to the non-party students who were classmates of each of the named Plaintiffs (those who enrolled in Plaintiffs' programs at their campuses at the same time or within one month following the date each Plaintiff enrolled).

(b) The affected non-party students shall be provided 21 days to mail a prepaid postcard to Defendants as provided by the Opt-out Notice.

(c) Defendants shall provide Plaintiffs with the contact information for all affected non-party students who did not mail the prepaid postcard to Defendants within the timeframe provided by the Opt-out Notice by no later than 15 days after the close of the opt-out period.

///
///
///
///

(d) Any contact information produced by Defendants will be marked confidential subject to the protective order in place in this action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 20, 2015              _____/s/_____
                                     Hon. Jacqueline Chooljian
                                     United States Magistrate Judge