JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE GERARD, MELODY NORTHROP, BERENISA CORTES PALOMINAS, DYLAN THOMAS, and FRANCES HANDCOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN PAUL MITCHELL SYSTEMS, a California Corporation; et. al,<br><br>    Defendants. | Case No.: CV14-4999 DSF (SHx)<br><br>JUDGMENT |

The Court having granted the motion for summary judgment by Defendants John Paul Mitchell Systems, Von Curtis, Inc., P.M. Advanced Education, Inc., Paul Mitchell Advanced Education, LLC, PMNV Las Vegas, LLC, PMCA Bakersfield, LLC, PMHBW LLC, P2W Learning Systems, LLC, Paul Mantea, D'Ann Evans, Ann-Marie Safadi, Winn Claybaugh, and John Paul Dejoria,

IT IS ORDERED AND ADJUDGED that the Plaintiffs Claire Gerard, Melody Northrop, Berenisa Cortes Palominas, Dylan Thomas, and Frances

1  Handcock take nothing and that Defendants recover their costs of suit pursuant to
2  a bill of costs filed in accordance with 28 U.S.C. § 1920.
3
4
5  Dated: 8/22/16                              _____
6                                                              Dale S. Fischer
                                                        United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2